UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 3rd Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Richard Alexander Noriega**    JOINT DEBTOR: ___    CASE NO.: ___
Last Four Digits of SS# **xxx-xx-5014**    Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **954.76** for months **1** to **18**;
- B. $ **174.67** for month **19**
- C. $ **99.20** for months **20** to **28**;
- D. $ **153.09** for months **29** to **60**; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**  TOTAL PAID $ **1,000.00**
Balance Due $ **2,500.00**  payable $ **89.28** /month (Months **1** to **28**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Guy K. Petrik, Trustee**
**5810 Briarcliff Road**
**Fort Myers, FL 33912**
Arrears Paid $ **0.00**
Acct No: ___    Regular Payment $ **770.00** /month    (Months **1** to **18**)

**ASSIGNEE OF STONEFIELD INVESTMENT FUND IV, LLC**
**21 Robert Pitt Dr. #202**
**Monsey NY 10952**
Arrears Paid $ **0.00**
Acct No: ___    Regular Payment $ **67.92** /month    (Month **19**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ ___
Payable $ ___ /month    (Months _ to _)    Regular Payment $ ___

Unsecured Creditors: Pay $ **137.78** /month (Months **29** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

SPECIAL INTENTIONS:

**Guy K. Petrik, Trustee:**
Collateral: 1313 SW 30th Street, Cape Coral, FL 33914
Intention: Debtor is selling property as per DE:88 and will payoff creditor.

**ASSIGNEE OF STONEFIELD INVESTMENT FUND IV, LLC**
Collateral: 1313 SW 30th Street, Cape Coral, FL 33914
Intention: Debtor is selling property as per DE:88 and will payoff creditor.

LF-31 (rev. 01/08/10)

Ocwen Loan Servicing LLC, Acct # 7090489332
Collateral: 2530 W 67 PL #13-29, Hialeah, FL 33016
Intention: Debtor will make all contractual payments directly

Santander Consumer Usa, Acct #30000193191741000
Collateral: 2010 Chevy Tahoe
Intention: Debtor will make all contractual payments directly

Lago Grande Condominium Assoc. Acct #1102b29013
Collateral: 2530 W 67 PL #13-29, Hialeah, FL 33016
Intent: Debtor will make all contractual payments directly to creditor.

Lago Grande Two Condominium Assoc. Acct #1102b29013
Collateral: 2530 W 67 PL #13-29, Hialeah, FL 33016
Intent: Debtor will make all contractual payments directly to creditor.

100% PLAN:

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Richard Alexander Noriega
**Richard Alexander Noriega**
Debtor

Date:   **October 28, 2016**