UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
**RICHARD NORIEGA**

15-15131-LMI
Chapter 13

_____Debtor_____/

### DEBTOR'S MOTION FOR EARLY PAYOFF OF CHAPTER 13 PLAN

COMES NOW the Debtor, by and through undersigned counsel and hereby files this Motion for Early Payoff of Chapter 13 Plan and as grounds would state as follows:

1. That this case commenced as a Chapter 13 case on March 20, 2015.

2. That the Debtors' Third Modified Plan was granted on December 6, 2016.

3. That at the time of this Motion, the Debtor is in Month 21 of their Chapter 13 plan.

4. That to complete their total plan amount base, the Debtors will need to pay to the Trustee the amount of $3,211.03, which the Debtor is able and willing to pay after granting of this Motion.

5. That the Debtor requests that they be able to pay the remaining balance of their Chapter 13 plan and subsequently obtain their discharge.

**WHEREFORE**, Debtor requests that this Honorable Court grant its foregoing motion, and any such other relief as this Court may deem just and proper.

**CERTIFICATE OF SERVICE AND COMPLIANCE**

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set fourth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail to the below parties, this 8th day of December , 2016.

Office of the U.S. Trustee
51 SW 1st Avenue
Miami, FL 33130

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com


                                           **KENNETH S. ABRAMS, P.A.**
                                           Attorneys for Debtor(s)
                                           9300 S.W. 87th Ave., Ste 5
                                           Miami, FL 33176
                                           Telephone: (305) 598-1880
                                           Facsimile: (305) 598-1881


By:     */s/Kenneth S. Abrams, Esq.*
            KENNETH S. ABRAMS, ESQ.
            Florida Bar No.: 107293